MAY 24, 1954.*

No. 9.  FLORIDA EX REL. HAWKINS ET AL. *v.* BOARD OF CONTROL OF FLORIDA ET AL.  On petition for writ of certiorari to the Supreme Court of Florida;

No. 85.  MUIR *v.* LOUISVILLE PARK THEATRICAL ASSOCIATION.  On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit; and

No. 595.  TUREAUD *v.* BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE ET AL.  On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit.  *Per Curiam:* The petitions for writs of certiorari are granted.  The judgments are vacated and the cases are remanded for consideration in the light of the Segregation Cases decided May 17, 1954, *Brown* v. *Board of Education, ante,* p. 483, and conditions that now prevail.

*Robert L. Carter* and *Thurgood Marshall* for petitioners.  *Ulysses S. Tate* and *Alexander P. Tureaud* were also with them in No. 595.  *Richard W. Ervin,* Attorney General of Florida, and *Frank J. Heintz, Ralph M. Mc-Lane* and *Howard S. Bailey,* Assistant Attorneys General,

---

*MR. JUSTICE JACKSON took no part in the consideration or decision of cases in which orders are this day announced.

for respondents in No. 9. *James W. Stites* and *Donald Q. Taylor* for respondent in No. 85. *Fred S. LeBlanc,* Attorney General of Louisiana, *W. C. Perrault,* First Assistant Attorney General, *C. Clyde Pearce,* Assistant Attorney General, *J. H. Tucker, Jr., Fred Blanche, Arthur O'Quin, Victor A. Sachse, W. Scott Wilkinson, Leander H. Perez, L. W. Brooks, C. V. Porter, Grove Stafford, Oliver Stockwell* and *Wood Thompson* for respondents in No. 595. Reported below: No. 9, 60 So. 2d 162, 166; No. 85, 202 F. 2d 275; No. 595, 207 F. 2d 807.